UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                                        CASE NUMBER: 3:16-CR-00068 JD

ISAIAH DEVONTE JOVAN BEAVERS

        Defendant.

_____/

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Isaiah Devonte Jovan Beavers, submits the following for the Court's consideration at the sentencing herein:

### Sentencing Guidelines

The United States Probation Office has calculated Mr. Beavers' sentencing guidelines, based on a Criminal History Category IV and a Total Offense Level of 10, as 15-21 months. He faces a term of supervised release under the guidelines of one to three years and a fine, as recommended by the sentencing guidelines, of $4,000.00 to $40.000.00. A special assessment of $100.00 per count of conviction, or $200.00, is mandatory. Neither party has objected to those sentencing guidelines. The parties have agreed that a sentence within the advisory guidelines is appropriate.

### Proposed Conditions of Supervision

Counsel and Mr. Beavers have reviewed the proposed conditions of supervision, and have no objection to the proposed conditions.

1

**Factors Pursuant to 18 U.S.C. § 3553(a)**

The nature and circumstances of the offense do not appear to be aggravated. In July of 2016 Mr. Beavers had a Facebook account. Posts to that account were available to his "friends." On July 7, 2017, Mr. Beavers posted several posts regarding a Black Lives Matter rally that was planned for South Bend, Indiana. In that post he said that he was going to attend the rally and bring his bottles and gasoline, adding, "lets burn this bitch down." Mr. Beavers was arrested prior to that rally, and told investigators that he had not planned to attend the rally. No weapons, firearms, or bottles filled with gasoline were found at his location.

Mr. Beavers also shared another post that he had received on his Facebook account that depicted an image depicting a person implied to be a police officer. The image showed a firearm shooting the individual at close range, and bore the slogan, "Speak to Cops in a Language They Understand."

Mr. Beavers did not have any apparent ability or intent to carry out either of the threats. Instead, they appear to have been an emotional response to recent police shootings in African-American communities across the nation.

At age 26, Mr. Beavers has a history of mental health diagnoses, including Attention Deficit Disorder, a diagnosis that was in the fourth grade. In the eighth grade, he was diagnosed as suffering from Bipolar Disorder. He is not currently receiving any medication for either condition. A condition of supervision that includes mental health evaluation and treatment would be in order.

Mr. Beavers also has a history of marijuana use, including a 2009 conviction for Possession of Marijuana. He reports using marijuana three or four times a week. The Texas Christian University Drug Screening V instrument, which relies on self-reporting, scored him at zero. Despite that score, it would appear that Mr. Beavers would benefit from drug treatment. Mr. Beavers does not believe that his use of marijuana rises to the level of an addiction, and he believes that he can stop on his own. Nevertheless, he agrees that drug treatment would certainly be beneficial. It is apparent from the presentence report that Mr. Beavers would definitely benefit from drug treatment. A condition of supervision that would include drug treatment would appear to be warranted.

Both mental health counseling and drug treatment would have a positive impact on Mr. Beavers, and reduce his risk of recidivism.

Although not presently married, Mr. Beavers has four children. His oldest child is presently in foster care, and prior to his arrest, Mr. Beavers was attempting to gain custody of that child. He visits regularly with his other children in the South Bend area. His family is extremely supportive, and he appears to have a substantial network of friends. Family support is a good indicator of a reduced risk of recidivism.

Mr. Beavers also has a good work history, with employment dating back to at least 2013. He has prospects for employment on his release, as his most recent employer indicated that he would be eligible for re-employment. Work prospects would appear to reduce the risk of recidivism.

3

In summation, Mr. Beavers presents to the Court an individual who has strong family ties, good work ethic, and prospects for a stable residence, employment, and family support. He is in need of both mental health treatment and drug treatment, both of which would be available during a period of supervision. His offense appears to be an emotional outburst, possibly contributed to in part by impusiveness related to both the Bipolar Disorder and Attention Deficit Disorder. He did not evidence either the intent or the ability to carry out either threat, and both were postings to his "friends" group rather than direct threats to any victim or to the public in general. The guidelines appear to account for the conduct in this case, and a sentence within the sentencing guidelines would be a reasonable sentence. Because of the lack of any apparent intent to carry out the threats, as well as the other factors discussed in this memorandum, a sentence at the low end of the guidelines, or 15 months, would be a reasonable sentence, sufficient but not greater than necessary to meet the purposes of sentencing.

### Defendant's Suggested Sentence

Mr. Beavers suggests that a sentence of 15 months, followed by two years supervised release, would be sufficient, but not greater than necessary to carry out the purposes of sentencing. He is unable to pay the fine recommended, and none should be imposed. A special assessment of $200.00 is required.

### Defendant's Requested Recommendations

Mr. Beavers requests that the Court recommend to the Bureau of Prisons that

Mr. Beavers be designated to a facility, consistent with his security classification, as near as practical to his family in South Bend, Indiana so that he can continue to have family support while serving his sentence.

Dated:   <u>March 15, 2017</u>

                                       Northern District of Indiana
                                       Federal Community Defenders, Inc.

                                       By:   <u>s/ H. Jay Stevens</u>
                                         H. Jay Stevens. Staff Attorney
                                         227 S. Main Street, Suite 100
                                         South Bend, IN 46601
                                         Phone:   (574) 245-7393
                                         Fax:   (574) 245-7394
                                         eMail: <u>jay_stevens@fd.org</u>

## CERTIFICATE OF SERVICE

I hereby certify that on <u>March 15, 2017</u> I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

                                       <u>/s/ H. Jay Stevens</u>
                                       H. Jay Stevens, Staff Attorney
                                       Northern District of Indiana
                                       Federal Community Defenders, Inc.

Dear Honorable Judge Jon E. DeGuilio:

I would like to first start off by saying that I apologize for my actions and I'm extremely ashamed and remorseful for the remarks I made on my social media account.   I feel like I should get another chance in the community to show you that I'm not a bad person.   I realize it is not a joke or laughing matter, I feel like it would benefit me more being on the out then it would being locked up.

Once again, I would like to apologize not only to the court but also to my family and friends.   I have a very strong family support system and also two employers who are willing to rehire me.   I have four children that I care for and love dearly.   I had time to sit down and reflect on my actions.   Not only did I let myself down, I let my family, friends and loved ones down.   I plan on continuing my education and obtaining my GED and getting a trade.

I would like to express to the court that I am a different man from nine months ago.   I accept responsibility and have a written plea agreement with the government to a guidelines sentence.   I'm not asking for a downward departure from the guideline range, but my guideline range is 15-21 months and I feel like the low end (15 months) is a fair and reasonable sentence.

Thank you,
Isaiah Beavers